# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

144153

FAROOK F. MANSOUR,
      Plaintiff-Appellant,

v

AZ AUTOMOTIVE CORPORATION, f/k/a
AETNA INDUSTRIES, INC.,
      Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144153
COA: 292241
WCAC: 08-000222

_____/

On order of the Court, the application for leave to appeal the October 13, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the decision of the Workers' Compensation Appellate Commission (WCAC). A true majority decision of the WCAC is not required in order to have a proper decision for appellate review. *Findley v DaimlerChrysler Corp*, 490 Mich 928 (2011).

MARILYN KELLY, J., would deny leave to appeal for the reasons set forth in Justice CAVANAGH's dissenting statement in *Findley*, 490 Mich 928 (2011).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012

_____
Clerk

t0328